JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VERGEL DE DIOS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>GERARD ROOF PRODUCTS, LLC; BORAL ROOFING LLC; BORAL INDUSTRIES INC.; HEADWATERS INCORPORATED; and METROTILE MANUFACTURING, LLC,<br><br>Defendants. | Case No. 5:18-CV-1163-AB-FFM<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

//

//

//

1.

1   IT IS THEREFORE ORDERED that this action is hereby dismissed without
2 costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
3 open the action if settlement is not consummated. This Court retains full jurisdiction
4 over this action and this Order shall not prejudice any party to this action.

Dated: August 21, 2020        _____
                              HONORABLE ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

2.